No. 78–789.   CLARK *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.   MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.   ▮

No. 78–906.   OTTER TAIL POWER CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.   ▮

No. 78–947.   NEW YORK ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE WHITE would grant certiorari.

No. 78–956.   COVEN *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari.   ▮

No. 78–1125.   FISHER, U. S. DISTRICT JUDGE *v.* COOPER TIRE & RUBBER CO.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE BLACKMUN would grant certiorari.

No. 78–5369.   HUGHES *v.* TEXAS.   Ct. Crim. App. Tex.;
No. 78–5454.   FELDER *v.* TEXAS.   Ct. Crim. App. Tex.; and
No. 78–5862.   BELL *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.   Reported below: No. 78–5369, 563 S. W. 2d 581; No. 78–5454, 564 S. W. 2d 776; No. 78–5862, 360 So. 2d 1206.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.